# CASES ARGUED AND DETERMINED

## IN THE

# SUPREME COURT OF LOUISIANA,

## IN NEW ORLEANS, DURING THE YEAR 1886.

### AND NOT REPORTED IN FULL.

---

## No. 9643.

### James H. Cosgrove vs. His Creditors.

In proceedings in insolvency by a husband, where property is withheld from his schedule because his wife claims to have bought it with money given or paid her by him, the wife should be made a party, and the cause will be remanded in order that she intervene or be called in by the creditors.

---

## No. 9567.

### The State of Louisiana vs. Andrew Harrison.

This case involves the same principle as No. 9566, The State vs. Samuel Cohn, page 42.

---

## No. 9433.

### A. F. Grundy vs. Crescent News and Hotel Company.

In an action for a malicious prosecution, where the evidence shows that the defendant, in causing the plaintiff to be arrested and prosecuted, acted from motives of private interest and without probable cause, his action, even under the advice of counsel, will not exempt him from liability.

---

## No. 9584.

### The State of Louisiana vs. F. Lamarque.

The issues in this case are the same as in No. 9582, The State vs. Joseph Natal.

---

## No. 9583.

### The State of Louisiana vs. D. Rotzé.

The issues in this case are the same as in No. 9582, The State vs. Joseph Natal.